**Order entered March 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01180-CV

### IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

We **GRANT** appellant's March 18, 2015 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on March 19, 2015 filed as of the date

of this order.


/s/      ELIZABETH LANG-MIERS
         JUSTICE